COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

NOS. 2-08-066-CV

2-08-067-CV

2-08-068-CV

2-08-069-CV

 

 

IN RE ELIGAH DARNELL, JR.                                                    RELATOR

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petitions for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relator=s
petitions for writ of mandamus are denied.

 

PER CURIAM

 

 

PANEL A: 
DAUPHINOT, J.; CAYCE, C.J.; and MCCOY, J.

 

DELIVERED: 
February 28, 2008











    [1]See
Tex. R. App. P. 47.4.